UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-20923-CIV-COOKE/TORRES

LISA DODGE,

Plaintiff(s),

vs.

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

Defendant(s). /

**JOINT STIPULATION**
**FOR DISMISSAL WITH PREJUDICE**

The Plaintiff, LISA DODGE, and the Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their undersigned legal counsel hereby jointly stipulate and move that this cause be dismissed, with prejudice, each party bearing its own costs and attorney's fees.

Dated this 16th day of June, 2016.

By: */s/ Rachel Alters*
RACHEL ALTERS, ESQ.
Fla. Bar No. 106232
DELL & SCHAEFER, CHARTERED
2404 Hollywood Blvd.
Hollywood, FL 33020
Ph: (954) 620-8300
Fax: (954) 922-6864
Attorneys for Plaintiff
Rachel@diattorney.com

By: */s/ Shari Gerson*
SHARI GERSON, ESQ.
Fla. Bar No. 17035
GRAYROBINSON, P.A.
401 East Las Olas Blvd., Ste. 1000
Fort Lauderdale, FL 33301
Ph: (954) 761-8111
Fax: (954) 761-8112
Attorneys for Defendant
Shari.Gerson@Gray-Robinson.com